Jackson FORRESTER, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 517, 2015

Supreme Court of Delaware.

Submitted: May 24, 2016

Decided: July 18, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 1310013355

AFFIRMED.

Marcus JOHNSON, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 233, 2016

Supreme Court of Delaware.

Submitted: May 24, 2016

Decided: July 21, 2016

Rehearing En Banc Denied August 2, 2016

Court Below—Superior Court of the State of Delaware. Cr. ID 1305001585.

AFFIRMED.